JEFFREY I. WEINBERGER (SBN 056214)
*jeffrey.weinberger@mto.com*
TED G. DANE (SBN 143195)
*ted.dane@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takasashi@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: 213.683.9100
Facsimile: 213.687.3702

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.

(counsel for Defendants continued on last page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. 11-cv-1610 CRB <br><br> **STIPULATED EXTENSION OF TIME TO ANSWER THE COMPLAINT; [PROPOSED] ORDER THEREON [1]** <br><br> Related Cases:   11-cv-01587 CRB <br> 11-cv-01609 CRB <br> 11-cv-00840 CRB <br><br> Hon. Charles R. Breyer U.S.D.J. |

Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"), and Defendant Impax Laboratories, Inc. ("Impax"), through counsel, jointly request an order from the Court adopting the parties' agreement related to the time for Impax to respond to the Complaint in this action.

Stipulated Extension of Time to Answer Complaint;
[Proposed] Order Thereon   Case No. 11-cv-1610 CRB

WHEREAS, in an effort of cooperation, the parties have discussed and come to an agreement on issues relating to an extension of time for Impax to respond to the Complaint so that Impax may fully investigate the allegations contained therein prior to filing its response;

WHEREAS, this is the first extension of time requested in this action; and

WHEREAS, the requested extension will have no prejudicial effect on the schedule for this case.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Impax's Answer or other response to Takeda's Complaint in this action must be filed with this Court no later than May 13, 2011.

**IT IS SO STIPULATED:**

                                      Respectfully Submitted,

Dated: April 29, 2011                MUNGER, TOLLES & OLSON LLP

By: */s/ Heather E. Takahashi*
        HEATHER E. TAKAHASHI

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC., TAKEDA
PHARMACEUTICALS LLC, AND
TAKEDA PHARMACEUTICALS
AMERICA, INC.
   .

Dated: April 29, 2011                MORRISON & FOERSTER LLP

By: */s/ Brian F. McMahon*
        BRIAN F. MCMAHON

Attorneys for Defendant
IMPAX LABORATORIES, INC.

Filer's Attestation

I, Heather Takahashi, am the ECF user whose identification and password are being used to file this **STIPULATED EXTENSION OF TIME TO ANSWER THE COMPLAINT; ORDER THEREON [1].** In compliance with General Order 45.X.B., I hereby attest that the above-named signatory concurs in this filing.

DATED: April 29, 2011

/s/ Heather E. Takahashi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ May 3 __, 2011

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

Counsel for Defendants (cont'd from caption page)

DAVID C. DOYLE (CA SBN 70690)
DDoyle@mofo.com
ERIC M. ACKER (CA SBN 135805)
EAcker@mofo.com
CARY MILLER (CA SBN 250322)
EMiller@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

BRIAN F. MCMAHON (CA SBN 235373)
BMcMahon@mofo.com
MORRISON & FOERSTER LLP
555 W. 5th Street, Suite 3500
Los Angeles, California 90013
Telephone: 213.892.5628
Facsimile: 213.892.5454

Attorneys for Defendant
IMPAX LABORATORIES, INC.