**MORRISON | FOERSTER**

12531 HIGH BLUFF DRIVE
SAN DIEGO, CALIFORNIA
92130-2040

TELEPHONE: 858.720.5100
FACSIMILE: 858.720.5125

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

August 10, 2011

Writer's Direct Contact
858.720.5109
EAcker@mofo.com

**E-FILED**

Honorable Judge Joseph C. Spero
San Francisco Courthouse
Court Room G-15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Takeda Pharmaceuticals Co., LTD, et al., v. Impax Laboratories, Inc., Case No. C11-
1610 JCS (Related Case No. C11-00840 JCS and C11-1609 JCS)

Dear Judge Spero:

I am a partner at Morrison & Foerster LLP, and one of the attorneys representing
Defendant Impax Laboratories, Inc. ("Impax") in connection with the above matter.  I am
admitted to practice in this District and, if this case proceeds to trial, I would be trial counsel
along with lead counsel for Impax, David Doyle.  I write to request the Court's permission to
appear on behalf of Impax at the Case Management Conference ("CMC") scheduled for this
Friday, August 12, in place of Mr. Doyle, who is recovering from a recent illness.

If granted permission to attend the CMC by the Court, I will have authority to enter
stipulations and make admissions on behalf of Impax pursuant to the Court's Standing Order
regarding the Case Management Conference.  Additionally, we have contacted opposing
counsel regarding this request, and they have no objection to the proposed substitution.
Thus, the Court's permission to allow me to appear for Impax at the CMC is respectfully
requested.

Sincerely,

*Eric M. Acker*

Eric M. Acker

la-1136164

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 10, 2011, a true and correct copy of the foregoing letter from Morrison & Foerster LLP to the Honorable Judge Joseph C. Spero dated August 10, 2011, was filed electronically with this Court.  As such, this document was served on all counsel who have consented to electronic service.


Dated: August 10, 2011                    By:  /s/ Eric M. Acker
                                               ERIC M. ACKER

                                          Attorneys for Defendant
                                          IMPAX LABORATORIES, INC.

Dated: 8/10/11



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA