United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, and TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | No. C-11-01610 JCS<br><br>**ORDER REQUESTING STATUS REPORT**<br><br>**[Docket No. 20]** |

On September 16, 2011, President Obama signed into law the Leahy-Smith America Invents Act, H.R. 1249, 112th Cong. (2011). Before the hearing set for October 14, 2011, the parties are ORDERED to file a status report informing the Court how this legislation effects the present action, and whether the parties will stipulate to a dismissal of Count XI, Impax Laboratories, Inc.'s false marking claim. At the hearing set for October 14, 2011, the parties should be prepared to discuss the effect of the Leahy-Smith America Invents Act on Impax's false marking claim, Count XI.

IT IS SO ORDERED.

Dated: September 21, 2011

JOSEPH C. SPERO
United States Magistrate Judge