UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Case No. 3:11-cv-01610-JCS<br><br>[PROPOSED] ORDER ON STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) and (c)<br><br>Related Cases:<br>3:11-cv-00840-JCS<br>3:11-cv-01609-JCS |

Having considered the parties' Stipulation of Dismissal of Count XI (False Marking) of Defendant Impax's Counterclaims ("Count XI"), **IT IS ORDERED** that Count XI is hereby dismissed without prejudice, with each party to bear its own costs.

**SO ORDERED:**

DATED: __October 13__, 2011

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

la-1144345

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL