1  JEFFREY I. WEINBERGER (SBN 056214)
   *jeffrey.weinberger@mto.com*
2  TED G. DANE (SBN 143195)
   *ted.dane@mto.com*
3  HEATHER E. TAKAHASHI (SBN 245845)
   *heather.takahashi@mto.com*
4  ERIN J. COX (SBN 267954)
   *erin.cox@mto.com*
5  JOEL M. PURLES (SBN 266208)
   *joel.purles@mto.com*
6  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
7  Los Angeles, CA 90071-1560
   Telephone: (213) 683-9100
8  Facsimile: (213) 687-3702

9  Attorneys for Plaintiffs
10 TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA
   PHARMACEUTICALS NORTH AMERICA, INC.,
11 TAKEDA PHARMACEUTICALS LLC, AND TAKEDA
   PHARMACEUTICALS AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. 3:11-cv-01610 JCS <br><br> **[PROPOSED] ORDER GRANTING TAKEDA'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL MATERIAL IN SUPPORT OF TAKEDA'S OPPOSITION TO IMPAX'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge:    Judge: Hon. Joseph C. Spero <br> Courtroom G, 15th Floor |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**

Upon consideration of Takeda's Administration Motion to Seal Confidential Material in Support of Takeda's Opposition to Impax's Motion for Partial Summary Judgment, and the supporting Declaration of Heather E. Takahashi pursuant to L.R. 79.5 in support of that Motion, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that the following documents shall be filed under seal in this case:

- Takeda's Opposition to Impax's Motion for Partial Summary Judgment
- Declaration of Allan S. Myerson, Ph.D., in Support of Takeda's Opposition to Impax's Motion for Partial Summary Judgment
- Expert Report of Allan S. Myerson, Ph.D., Regarding Infringement by Impax, and Exhibits 2, 3, and 8–17 to the Expert Report, which are attached as Exhibit A to the Declaration of Allan S. Myerson, Ph.D., in Support of Takeda's Opposition to Impax's Motion for Partial Summary Judgment
- Deposition Exhibit 521, which is attached as Exhibit B to the Declaration of Allan S. Myerson, Ph.D., in Support of Takeda's Opposition to Impax's Motion for Partial Summary Judgment
- Declaration of Fritz Blatter, Ph.D., in Support of Takeda's Opposition to Impax's Motion for Partial Summary Judgment, and Exhibits A and B attached thereto
- Declaration of William N. Charman, Ph.D., in Support of Takeda's Oppositions to Defendants' Motions for Summary Judgment
- Expert Report of William N. Charman, Ph.D., Regarding Infringement by Impax, and Exhibits 3, 4, 6, 7, 9, 12–15, and 17–19 to the Expert Report, which are attached as Exhibit C to the Declaration of William N. Charman, Ph.D., in Support of Takeda's Oppositions to Defendants' Motions for Summary Judgment
- Exhibits E, H, I, J, K, L, M, and Q to the Declaration of Heather E. Takahashi in Support of Takeda's Oppositions to Defendants' Motions for Summary Judgment
- Exhibits 1, 2, 4, 6–8, and 11–16 to the Declaration of Joel M. Purles in Support of

1 | Takeda's Opposition to Impax's Motion for Partial Summary Judgment

3 | DATED: _____12/31_____, 2012

_____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

*Judge Joseph C. Spero (signed, sealed – United States District Court, Northern District of California)*