# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  3:11-cv-00840 JCS**
Related Case Nos. 3:11-cv-1609 JCS and 3:11-cv-1610 JCS

**CASE NAME:  TAKEDA PHARMACEUTICAL CO., LTD ET AL v.  HANDA PHARMACEUTICALS, LLC**
Related Case Names: Takeda Pharmaceutical v. Anchen Pharmaceutial and
Takeda Pharmaceutical v. Impax Laboratories, Inc.

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: May 17, 2013     **TIME**: 1 H 11 M | **COURT REPORTER**: <u>Lydia Zinn</u> |
| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
| Ted Dane | James Stronski- Handa |
| Jeff Weinberger | Pilar Stillwater- Handa |
| Heather Takahashi | Chiemi Suzuki - Handa |
| Ryan Hagglund | Bruce DeRenzi - Handa |
| | Eric Acker - Impax Labs |
| | David Doyle- Impax Labs |
| | Don J. Mizerk - TWI |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Final Pretrial Conference | Held |

<u>**C11-840 JCS Takeda v. Handa - Motions in Limine**</u>

| | |
|---|---|
| a.  Takeda's 3rd Motion in Limine to Exclude Dfts' Experts from Offering Opinions Outside the Scope of Their Expert Reports [dkt 301] | Granted in part, denied in part |
| b. Handa's Motion in Limine No. 1 [dkt 307] | Denied |
| c. Handa's Motion in Limine No. 2 [dkt 308] | Denied |
| d. Handa's Motion in Limine No. 3 [dkt 309] | Denied |
| e. Handa's Motion in Limine No. 4 [dkt 310] | Denied |
| f. Takeda's 4th Motion in Limine (redacted) to Exclude Testimony of Undisclosed Witness Zhi Qun Shen [dkt no. 344] | Granted |
| g. Handa's Motion in Limine No. 5 (unfiled in ECF but served on all counsel) | Granted |

**C11-1609 JCS Takeda v. Anchen - Motions in Limine**

| | |
|---|---|
| a. Takeda's Motion in Limine to Exclude TWI from Introducing Opinion & Testimony of Allan S. Myerson [dkt 261] | Granted |
| b. Takeda's 3rd Motion in Limine to Exclude Dfts' Experts from Offering Opinions Outside the Scope of Their Expert Reports [dkt 262] | Granted in part, denied in part |
| c. Handa's Motion in Limine No.1 [dkt 265] | Denied |
| d. Handa's Motion in Limine No. 2 [dkt 266] | Denied |
| e. Handa's Motion in Limine No. 3 [dkt 267] | Denied |

**C11-1610 JCS Takeda v. Impax - Motions in Limine**

| | |
|---|---|
| a. Takeda's 2nd Motion in Limine to Exclude Impax from Introducing Opinion & Testimony of Allan S. Myerson [dkt 264] | Granted |
| b. Takeda's 3rd Motion in Limine to Exclude Dfts' Experts from Offering Opinions Outside the Scope of Their Expert Reports [dkt 265] | Granted in part, denied in part |
| c. Handa's Motion in Limine No. 2 [dkt 268] | Denied |
| d. Handa's Motion in Limine No. 3 [dkt 269] | Denied |

**ORDERED AFTER HEARING:**

Trial will now begin on June 5, 2013. Trial days for that week will be June 5, 6 and 7. Trial hours 8:30 AM to 4:00 PM, with a lunch break.
Each side will have 15 hours, with the defendants to divide up their 15 hours.
Each side may present opening and closing statements.
After the conclusion of the trial, the Court will ask the parties to file an updated proposed Findings of Fact & Conclusions of Law.
TWI shall file a proposed order granting TWI's redactions to the MSJ Order.
The Court will allow a deposition on opinions only as to undue experimentation. Parties shall meet and confer on a stipulated schedule. Expert report shall not exceed 5 pages.

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:**   06/05/13 at 8:30 AM for Bench Trial.

| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |

**Trial Date:** at 8:30 a.m. ()Jury ()Court Set for days
_____
**cc: Chambers; Karen**
* (T) = Telephonic Appearance