UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant and Counterclaimant. | Case No. 3:11-cv-01610-JCS <br><br> **[PROPOSED] ORDER GRANTING IMPAX LABORATORIES, INC.'S PROPOSED REDACTIONS OF THE APRIL 8, 2013 ORDER RE SUMMARY JUDMENT** <br><br> Judge:   Hon. Joseph C. Spero <br>            Courtroom G, 15th Floor |

This matter comes before the Court on Defendant Impax Laboratories, Inc.'s ("Impax") Proposed Redactions of the April 8, 2013 Order re Summary Judgment.

Having considered Impax's requested redactions, as well as the pleadings and materials lodged in this matter, the Court finds good cause and GRANTS the request to redact portions of this document.

**IT IS HEREBY ORDERED** that the Court's April 8, 2013 Order re Summary Judgment Motions in the above referenced matter should be posted on the public case docket as proposed to be redacted by Impax at D.N. 298.

**It is so ORDERED.**

Dated: __5/28_____, 2013     By: _____
                                       THE HONORABLE JOSEPH C. SPERO
                                       United States Magistrate Judge