*All parties and counsel listed on Signature Page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Case No. 3:11-cv-01610 JCS<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

WHEREAS Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda") and Defendant Impax Laboratories, Inc., have agreed to terms and conditions for a settlement of this action and have set forth those terms and conditions in a settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record:

1. This action hereby is voluntarily dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. This Court retains jurisdiction to enforce the settlement agreement; and

3. Each party shall bear its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: December 1, 2014 | TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC. |

By:  *Heather E. Takahashi*
Jeffrey I. Weinberger (SBN 056214)
*jeffrey.weinberger@mto.com*
Ted G. Dane (SBN 143195)
*ted.dane@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Eric K. Chiu (SBN 244144)
*eric.chiu@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077


IMPAX LABORATORIES, INC.


By:  */s/ Eric M. Acker*
DAVID C. DOYLE (SBN 70690)
*DDoyle@mofo.com*
ERIC M. ACKER (SBN 135805)
*EAcker@mofo.com*
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: (858)720-5100
Facsimile: (858)720-5125

PARISA JORJANI (SBN 203487)
*PJorjani@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 276-7505

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 | DATED: ___12/2_____, 2014

3 | _____
4 | THE HONORABLE JOSEPH C. SPERO
  | United States Magistrate Judge

<u>Filer's Attestation</u>

I, Heather Takahashi, am the ECF user whose identification and password are being used to file this STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER.  In compliance with Civil Local Rule 5-1(i), I hereby attest that the above-named signatories concur in this filing.

DATED: December 1, 2014

*/s/ Heather E. Takahashi*
Heather E. Takahashi